No. 741. BEYERBACH *v.* JUNO OIL CO. ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *A. P. G. Steffes* and *George H. Zeutzius* for appellant. *Harry E. Templeton* for appellees.